## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**AMENDED- CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02232-ODW(JPRx) | Date | May 26, 2015 |
|---|---|---|---|
| Title | Jennifer Red v. General Mills Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**         **(IN CHAMBERS)   Order Vacating Hearing on** MOTION to Dismiss First Amended Complaint  **[22]**

The hearing on the above-referenced MOTION, scheduled for June 1, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |