## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02232-ODW(JPRx) | Date | July 20, 2015 |
|---|---|---|---|
| Title | Jennifer Red v. General Mills Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Debra Read |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Gregory S Weston | David T Biderman/ Charles C Sipos |

**Proceedings:**         MOTION to Dismiss First Amended Complaint [22]

Case called, appearances made.  The Court hears oral argument from counsel.

The matter is submitted. An order will issue.

|  | : | 55 |
|---|---|---|
| Initials of Preparer | se | |