UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:15-cv-02232-ODW(JPRx) | Date | May 29, 2020 |
|---|---|---|---|
| Title | *Jennifer Red v. General Mills Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**  **In Chambers**

    Finding good cause, the Court continues the stay of this case for an additional 90 days. Moreover, the Court recognizes that other courts have declined to stay or have lifted a stay, rather than await the Ninth Circuit's decision in *McGee v. S-L Snacks Nat'l, LLC*, 9th Cir. Case No. 17-55577. *See Beasley v. Conagra Brands, Inc.*, 374 F. Supp. 3d 869, 878 (N.D. Cal. 2019); *Backus v. Conagra Brands, Inc.*, No. C 16-00454 WHA, 2019 WL 1046025, at *2 (N.D. Cal. Mar. 5, 2019). Accordingly, Plaintiff is ordered to show cause, in light of these cases, why this Court should continue to stay.

    Therefore, the Court hereby **ORDERS** Plaintiff to file a Status Report and provide further good cause why this Court should not lift the stay by August 27, 2020. Failure to respond to the Court's Order will result in lifting the stay.

**IT IS SO ORDERED.**

                                                                         : 00

Initials of Preparer    SE